AO 91 (Rev. 5/85) Criminal Complaint

# United States District Court
## For The District of Columbia

**UNITED STATES OF AMERICA**

v.

**EDWARD S. KLINE**

## CRIMINAL COMPLAINT

**CASE NUMBER:**

**(Name and Address of Defendant)**

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief.  Beginning on or about __November 28, 2007 and continuing to or about November 30, 2007__ in __WASHINGTON__ county, in the _____ District of __COLUMBIA__ defendant(s) did, (Track Statutory Language of Offense)

**using facilities of interstate commerce, that is a computer and modem, connected to the Internet, and a cellular telephone, did knowingly attempt to persuade, induce, entice and coerce a minor under 18 years of age to engage in sexual activity under such circumstances as would constitute a criminal act under Title 22, District of Columbia Code §3008.**

in violation of Title __18__ United States Code, Section(s) __2422(b)__ .

I further state that I am __**SPECIAL AGENT SCOTT SCHELBLE**__, and that this complaint is based on the following facts:

**SEE ATTACHED STATEMENT OF FACTS**

**Continued on the attached sheet and made a part hereof:**   ☒ Yes   ☐ No

Signature of Complainant
**SPECIAL AGENT SCOTT SCHELBLE**
**FEDERAL BUREAU OF INVESTIGATION**

Sworn to before me and subscribed in my presence,

_____ at __Washington, D.C.__
Date                                                                      City and State

_____        _____
Name & Title of Judicial Officer                      Signature of Judicial Officer

## STATEMENT OF FACTS

On November 28, 2007 a cooperating witness (CW) engaged in an on-line conversation with the defendant EDWARD KLINE under the supervision of Metropolitan Police (MPD) officers and agents of the Federal Bureau of Investigation (FBI) .The CW was acquainted with KLINE and knew him to have a sexual interest in male children and to collect child pornography. During the on-line conversation, the CW said that he had a 13 year old boy with whom he could engage in sex. KLINE expressed interest and asked when he could meet the child to have sex with him. CW and KLINE arranged for KLINE to come to a predetermined location on Friday, November 30, 2007 for the purpose of engaging in sex acts, including anal sex, with the child. They also discussed filming the sexual activity with the child.

On November 30, 2007, CW and KLINE exchanged messages via text messaging on their cellular telephones. KLINE asked for a picture of the child, and CW forwarded to KLINE's cellular telephone a photograph of a 13 year old boy; the photograph was of a clothed child. At approximately 5:50 p.m. KLINE went to meet the CW at the predetermined location, knocked on the door and allowed inside by MPD officers and FBI agents who then placed him under arrest.

A search incident to arrest revealed that KLINE had on his person a video recorder with a tape in it, a Verizon cellular telephone, an external hard drive, a thumb drive, an IPOD, multiple packages of condoms and a sexual lubricant.

Investigation has determined that KLINE's date of birth is xxxxxxxx x, xxxx.  Your affiant knows that anal penetration of a child by a person more that four years older than the child constitutes sexual activity for which the defendant could be prosecuted pursuant to 22 D.C. Code Section 3008.


_____
SPECIAL AGENT SCOTT SCHELBLE
FEDERAL BUREAU OF INVESTIGATION


Sworn and subscribed before me on this \_\_\_ day of December, 2007.


_____
U.S. MAGISTRATE JUDGE