**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | **:** | **MAGISTRATE NO. 07-617 (JMF)** |
| | **:** | |
| **v.** | **:** | |
| | **:** | |
| **EDWARD KLINE,** | **:** | |
| **Defendant.** | **:** | |

## NOTICE OF APPEARANCE

The United States of America, by and through its attorney, the United States Attorney for the

District of Columbia, and Assistant United States Attorney Jean Sexton, hereby informs the Court

that she is entering her appearance in this matter on behalf of the United States.


Respectfully submitted,

JEFFREY A. TAYLOR
United States Attorney


_____

JEAN SEXTON
Assistant United States Attorney
Federal Major Crimes , MD Bar
555 4th Street, NW,  Room 4235
Washington, DC 20530
202-305-1419

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a copy of the foregoing notice has been facsimile, to Tony Axam Federal Public Defender Service at 202-208-7515, this _____ day of  February, 2007.


_____
PRECIOUS MURCHISON
Assistant United States Attorney