AO 468 (1/86) Waiver of Preliminary Examination or Hearing

# United States District Court

_____ DISTRICT OF _____

UNITED STATES OF AMERICA

v.

_Edward KLINE_

**WAIVER OF PRELIMINARY
EXAMINATION OR HEARING
(Rule 5 or 32.1, Fed. R. Crim. P.)**

Case Number: _07-617-M-01_

# FILED

DEC 0 5 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

I, _Edward KLINE_ , charged in a (complaint) (petition)

pending in this District with _Using Facilities of interstate commerce to entice_

in violation of Title _18_ , U.S.C., _2422(b)_ ,

and having appeared before this Court and been advised of my rights as required by Rule 5 or Rule 32.1, Fed. R. Crim. P., including my right to have a preliminary (examination) (hearing), do hereby waive (give up) my right to a preliminary (examination) (hearing).

_Edward S. Kline_
_Defendant_

_12/5/07_
_Date_

_Cab J. M_
_Counsel for Defendant_