## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | *07-617 M*  Crim. No. 06-617-M-(JF) |
|  | ) |  |
| v. | ) | **FILED** |
|  | ) |  |
| **EDWARD KLINE** | ) | DEC 1 7 2007 |
|  | ) | NANCY MAYER WHITTINGTON, CLERK |
|  |  | U.S. DISTRICT COURT |

## ORDER

Upon consideration of the Defendant's Unopposed Request to be transferred from the Central

Detention Facility to the Central Treatment Facility (CTF), it is hereby,

**ORDERED** that defendant's request is **GRANTED**; and it is

**FURTHER ORDERED** that the D.C. Department of Corrections transfer Edward Kline

(DCDC No. 317108) from the Central Detention Facility (the D.C. Jail) to the Central Treatment

Facility (CTF) pending further proceedings.

**SO ORDERED.**

_12/17/07_
Date

_JOHN M. FACCIOLA_
UNITED STATES MAGISTRATE JUDGE

cc: Department of Corrections
ATT: Gerald Bowser
1901 D Street, S.E.
Washington, D.C. 20003
fax: (202) 673-7183

Carlos J. Vanegas
Assistant Federal Public Defender
625 Indiana Ave., N.W., Suite 550
Washington, D.C. 20004

Pat Stewart
Assistant United States Attorney
555 4th Street, N.W.
Washington, D.C. 20530