Edward Samuel Kline
07-MJ-617

2007 CF1 027717  File Date **12/01/2007**
UNITED STATES vs. **EDWARD SAMUEL KLINE**
aka **EDWARD SAMUAL KLINE**
PDID # **606286**
Lock up number **47**

USL 47

## SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
### CRIMINAL DIVISION
#### FORM FOR U.S. DISTRICT COURT CASES

UNITED STATES                           TOT No. _____
                                        P.D.I.D. No. _____
v.

Edward Klin_____ (Defendant)

[X] This is a Federal case which is pending in the U.S. District Court for the District of Columbia and is, therefore, Transferred Over To the United States District Court for the District of Columbia for the next court date of _Tuesday 12/4/07_

### COMMITMENT/RELEASE

**PROTECTIVE CUSTODY**

☐ NO BOND
☐ BOND $_____

Defendant to be delivered for presentment in U.S.D.C. for the District of Columbia

Next Court Date: _____

☐ Released on Personal Recognizance to report to the E. Barrett Prettyman U.S. Courthouse, 333 Constitution Avenue, N.W. on: _____

DEFENSE COUNSEL APPOINTED FOR PRESENTMENT IN SUPERIOR COURT ONLY:

Name: _Eugene Ohm, PDS_
Address: _633 Indiana Ave, NW_
Telephone No.: _202-628-1200_

DEFENDANT'S NAME: _Edward Klin_

ADDRESS: _____

_____ Telephone No. _____

DEFENDANT'S SIGNATURE: _Edward J. Klin_

DATE: _12-1-07_

JUDICIAL OFFICER PRESIDING

## D. C. PRETRIAL SERVICES AGENCY
### Pretrial Services Report
United States vs. EDWARD KLINE

DOB:
PDID:

**Lockup #: 047**

| | |
|---|---|
| **File Date:** 12/01/2007 | **Docket Number:** |
| Lockup Date: 12/1/2007 | PSA Case #: 07335942 |
| Date Prepared: 12/1/2007 | |
| Date Printed: 12/1/2007 | |

**Charge(s)**
Attempted Enticing a Child-Felony

**Detention Eligibility and/or Administrative Procedures**

Based upon information available to PSA this defendant does not qualify for any detention or administrative procedures.

**Recommendations**
PSA General Supervision for Superior Court (SC)

Release Conditions:
1. Report to Pretrial Services Agency (PSA) room C-220 for evaluation and if positive program placement by PSA.
2. Stay away from and have no contact with: Complaining Witness.
3. Verify your address with Pretrial Services Agency (PSA) within 24 hours.

Comments:

According to the United States Marshal Service, the defendant was brought to the cell block today for arraignment court. At the time this case was papered, PSA called the defendant's name and lock-up number multiple times, however, the defendant failed to answer. As a result, PSA has no personal, address or employment information for the defendant.

**Criminal History**

**Last criminal history record check conducted on:** 12/01/2007

Pretrial Services has no interview information.

## Personal Background

**Community Ties**

Place of Birth:

DC Area resident for:

Total Time in Area:

Marital Status:

Children:                                   No. of Children:

Children living with Defendant:

Last Updated Date:     12/01/2007

Verified:  No

| Relatives Living With Defendant: | Relatives Not Living With Defendant: |
|---|---|
| None | None |

**Address Information**

No address information is available.

**Employment Information**

No employment information is available.

**Education Information**

No education information is available.

**Health Information**

No health information is available.

### Substance Abuse Information

### Self Reported:
No substance abuse information is available

### Drug Test:
Unable to Submit Sample

**Prepared By: Monica Bermudez**                    **Prepared Date: 12/1/2007**

# Superior Court of the District of Columbia

**CRIMINAL DIVISION**
**SUPERIOR COURT CRIMINAL RULE 112**

United States/District of Columbia

Vs.

Edward Kline                    #47
_____   _____
                                Case Number

Charges: _____



The Clerk of the Court will please enter my appearance for the defendant in the above entitled cause this ___7___ day of ___December___ 20_07_.

Public Defender Service

| Attorney | Unified Bar Number: |
| --- | --- |
| Maria Hawilo | 490084 |
| **Address:** 633 Indiana Ave WDC | **Telephone Number:** 2/824-2546 |

CD-1074C

**DEFENDANT ELIGIBILITY RECOMMENDATION**

I. NAME: _Elgin J Samuel Kline_    NO. OF DEPENDENTS: _CC_
   LOCK-UP NO. _____   DATE: _12-1-27_   CHARGE: _Att Introducing Contra_

| | | | |
|---|---|---|---|
| LIQUID ASSETS | | (Y) STD. 5 AMOUNT | |
| OTHER ASSETS (1/4 EQUITY) | | STD. 4 AMOUNT | |
| **GROSS MONTHLY INCOME** | | FEL. = $ | |
| TOTAL AVAILABLE MONTHLY | | MISD. = | |
| | | OTHER= | |

LESS: MONTHLY EXTRAORDINARY
       MEDICAL OR OTHER EXPENSES  – $
                                                    MINIMUM
NET AVAILABLE MONTHLY   (X)                         MONTHLY NEED   (Z) $

IF X IS EQUAL OR LESS THAN Y . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ❏ ELIGIBLE
IF X IS MORE THAN Z . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ☒ NOT ELIGIBLE
IF X IS MORE THAN Y BUT LESS THAN Z . . . . . . . . . . . . . . . . . . . . . . . . . ❏ ELIGIBLE WITH CONTRIBUTION

------------------------------------------------------------

COMPLETE SECTION II ONLY IF 'ELIGIBLE WITH CONTRIBUTION' IS CHECKED ABOVE.

II. AMOUNT OF CONTRIBUTION.

   ❏ GROSS MONTHLY FAMILY INCOME IS MORE THAN Y

| | | |
|---|---|---|
| **GROSS MONTHLY FAMILY INCOME** | $ | |
| LESS: MONTHLY EXTRAORDINARY EXPENSES | – | |
| SUBTOTAL | $ | |
| LESS: STANDARD 5 AMOUNT  (Y) | – | |
| SUBTOTAL | $ | |
| LESS: MONTHLY PAYMENT ON CJA-RELATED LOAN | – | |
| SUBTOTAL | $ | |
| AVAILABLE FOR MONTHLY CONTRIBUTION | $ | |
| TIMES (6 OR FELONIES OR 3 FOR OTHER) | x | |
| TOTAL | $ | |
| ADD: LIQUID ASSETS | + | |
| OTHER ASSETS (1/4) EQUITY | + | |
| CONTRIBUTION CAPABILITY       (CC)  $ | | STD 4 AMOUNT  $ |
| MAX. CONTRIBUTION = ["CC" OR STANDARD 4 AMOUNT (WHICHEVER IS LESS)] | | $ |

   **NOTES AND CALCULATIONS**

(DIVIDE MAXIMUM CONTRIBUTION BY 26 FOR FELONY CASE OR BY 13 FOR ANY OTHER CASE)

CONTRIBUTION PAYABLE WEEKLY AT $ _____   PER WEEK FOR _____ WEEKS.

> **WARNING:**
> YOU MUST REPORT TO THE CRIMINAL JUSTICE ACT OFFICE ANY CHANGE IN FINANCIAL CIRCUMSTANCES, WHICH MIGHT AFFECT YOUR ELIGIBILITY. A FALSE OR DISHONEST ANSWER TO A QUESTION ON THIS FORM MAY BE PUNISHABLE BY FINE UP TO $1,000.00 OR IMPRISONMENT UP TO 1 YEAR, OR BOTH. D.C. CODE §1-2702.

I, the undersigned defendant, parent, or guardian, being duly sworn, depose and swear that the information District of Columbia: SS e to the best of my belief.
                                                                                       Subscribed and Sworn to before me,
DEFENDANT _____   INTERVIEWER _____   this _____ day of _____
                                                                                       NOTARY PUBLIC

DISTRIBUTION  WHITE COPY (COURT JACKET), GOLDENROD COPY (APPOINTED COUNSEL), PINK COPY (DEFENDANT), COURT JACKET, GREEN COPY (CJA OFFICE)
                                                                                       Tifney Garey, Notary Public, D.C.
                                                                                       My commission expires June 14, 2012

United States District Court for the District of Columbia

~~SUPERIOR COURT FOR THE DISTRICT OF COLUMBIA~~
CRIMINAL DIVISION

UNITED STATES
vs.
EDWARD KLINE

On November 28, 2007 a cooperating witness (CW) engaged in an on-line conversation with the defendant EDWARD KLINE, date of birth          under the supervision of Metropolitan Police (MPD) officers and agents of the Federal Bureau of Investigation (FBI) .The CW was acquainted with KLINE and knew him to have a sexual interest in male children and to collect child pornography.
During the on-line conversation, the CW said that he had a 13 year old boy with whom he could engage in sex. KLINE expressed interest and asked when he could meet the child to have sex with him. CW and KLINE arranged for KLINE to come to CW's residence on Friday, November 30, 2007 for the purpose of engaging in sex acts, including anal sex, with the child.
They also discussed filming the sexual activity with the child.

On November 30, 2007, CW and KLINE exchanged messages via text messaging on their cellular telephones. KLINE asked for a picture of the child, and CW forwarded to KLINE's cellular telephone a photograph of a 13 year old boy; the photograph was of a clothed child. At approximately 5:50 p.m. KLINE went to the CW's apartment, knocked on the door and was allowed inside by MPD officers and FBI agents who then placed him under arrest for the offense of Attempted Child Exploitation in violation of 18 U.S.C. Section 2422(b).

A search incident to arrest revealed that KLINE had on his person a video recorder with a tape in it, a Verizon cellular telephone, an external hard drive, a thumb drive, an IPOD, two packages of condoms and a sexual lubricant.

Your affiant knows that anal penetration of a child by a person more that four years older than the child constitutes sexual activity for which the defendant could be prosecuted pursuant to 22 D.C. Code Section 3008.

**The events and acts described above occurred primarily in the District of Columbia and were committed as described by defendant(s) listed in the case caption.**

_____12/1/07_____
**Subscribed and sworn before me this       Day of                        2007**

_____  D2-112   YSD    _____
**Police Officer          Badge    District    Deputy Clerk**

~~SUPERIOR COURT OF THE DISTRICT OF COLUMBIA~~

CRIMINAL DIVISION

DCTN: 1207-000-55
LKUP# 47
Case #: _____

# COMPLAINT

**District of Columbia ss:**

**Defendant's Name:**  Edward   Samuel   Kline
          (First)      (MI)    (Last)      (PDID)    (CCNO)

**Address:** _____

Beginning on or about November 28, 2007 and continuing to on or about November 30, 2007, the defendant, EDWARD SAMUEL KLINE, within the District of Columbia, using facilities of interstate commerce, that is a computer and modem, connected to the Internet, and a cellular telephone, did knowingly attempt to persuade, induce, entice and coerce a minor under 18 years of age to engage in sexual activity under such circumstances as would constitute a criminal act under Title 22, District of Columbia Code, Section 3008.

(Attempted Coercion and Enticement of a Minor, in violation of 18 United States Code, Section 2422(b).)

_____
Affiant's Name

Subscribed and sworn to before me this __1__ day of _Dec 2007_

_____
(Judge)   (Deputy Clerk)

## WARRANT

*To The United States Marshal or any other authorized federal officer or the Chief of Police of the District of Columbia:*

WHEREAS the foregoing complaint and affidavit supporting the allegations thereof have been submitted, and there appearing probable cause and reasonable grounds for the issuance of an arrest warrant for _____
YOU ARE THEREFORE COMMANDED TO BRING THE DEFENDANT BEFORE SAID COURT OR OTHER PERSON ENUMERATED IN 18 U.S.C.3041 forthwith to answer said charge.

Issued _____    _____
                                  Judge - Superior Court of the District of Columbia

Rule 105: [  ]  _____
                Judge

| Sex: | DOB: | CCN: | PDID: |
|---|---|---|---|
| **Papering Officer:** | | | **Badge No.:** D2-112 |

**OFFICER MUST EXECUTE RETURN**

| Officer's Name: | Date/Time: 12/1/07 |
|---|---|
| AUSA Signature: | Fel. I  AFTC  Fel. II   District Court |